71,485-09

Dear Clerk of the criminal court of Appeals:

I am writing this letter, because I was transfered to the unit addressed at the bottom of this letter. I filed my 11.07 With the district in Denton County they gave me finding's on June 5th 2015. Said they Will forward Application and memorandum to this court. I will Need a timely response So am giving this court @ the New address, I was transfered to. The Case NO. F-2007-0838-C trial court this is (WhCS) in this case.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

Pack one Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Respectfully, Submitted

Verlee, Albert